UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-CV-22827-COOKE/O'SULLIVAN

JOSE L. SANABRIA,

    Plaintiff,

vs.

QAC, LLC d/b/a
EAGLE BRANDS SALES,

    Defendant.
_____/

## **PLAINTIFFS' NOTICE OF COMPLIANCE**

Plaintiff, Jose L. Sanabria, notices the Court and all parties of his compliance with the Court's Order of Referral Regarding Court Practices and Procedures [ECF No. 5] through the service of the documents supporting his Statement of Claim [ECF No. 12] by email on Defendants on September 3, 2021.

Respectfully submitted this 3rd day of September, 2021.

                                              Toussaint Cummings, Esq.
                                              Toussaint Cummings Esq. (119877)
                                              toussaint@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Ave
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*