UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-22827-COOKE/O'SULLIVAN**

JOSE L. SANABRIA,

    Plaintiff,

vs.

QAC, LLC, *doing business as* EAGLE
BRAND SALES,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE**

    THIS MATTER is before me on the order approving settlement agreement and recommending this case be dismissed with prejudice of the Honorable John J. O'Sullivan, Chief U.S. Magistrate Judge. ECF No. 21.

    Judge O'Sullivan recommends that this case be dismissed with prejudice and that the Court retain jurisdiction until November 5, 2021. The parties have not filed objections to the recommendation, and the time to do so has passed.

    I have reviewed the briefing, Judge O'Sullivan's recommendation, the record, and the relevant legal authorities. Having done so, I find Judge O'Sullivan's recommendation to be clear, cogent, and compelling.

    Accordingly, Judge O'Sullivan's recommendation is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that the case is **DISMISSED with prejudice**. The Court will retain jurisdiction until November 5, 2021, to enforce the terms of the settlement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of September 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*